UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOREN LEON,

                Plaintiff,

      -against-

MARY KEARNEY, et al.,

                Defendants.

**ORDER**

23-cv-5182 (ER)

On July 27, 2023, Plaintiff filed a motion to strike Defendants' answer and counterclaim. Doc. 11. The Court denies Plaintiff's motion without prejudice. All motions must be filed in accordance with the Court's Individual Practices, which require that the movant request a pre-motion conference prior to filing such a motion. *See* Individual Rule 2(A)(ii). The Clerk of Court is respectfully directed to terminate the motion, Doc. 11.

    SO ORDERED.

Dated:   July 28, 2023
            New York, New York

                                                Edgardo Ramos, U.S.D.J.