**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LOREN LEON,

                Plaintiff,

    -against-                                      23 **CIVIL** 5182 (DEH)

**JUDGMENT**

MARY KEARNEY, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 7, 2024, Defendants' motion to dismiss Plaintiff's Complaint is **GRANTED.**

**Dated:** New York, New York

      August 7, 2024

                                                  **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                                **BY:**    *K. Mango*

                                                  **Deputy Clerk**